UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARLOS AYALA, individually and on behalf
of others similarly situated,

                      Plaintiff,                  JUDGMENT
v.                                 23-cv-03907-DLI-PK

VC RENOVATIONS CORPORATION, a
New York corporation, and CARLOS
CONTRERAS GOMEZ,

                      Defendants.
----------------------------------------------------------------X

An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on November 25, 2024, dismissing this case for failure to prosecute and to comply with Court orders; it is

ORDERED and ADJUDGED that this case is dismissed for failure to prosecute and to comply with Court orders.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
         November 26, 2024                            Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk